

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00149-CV

**IN RE** Angelica **OLVERA** and Joe **OLVERA**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Karen Angelini, Justice
             Marialyn Barnard, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed:  March 13, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On March 1, 2013, Relators Angelica Olvera and Joe Olvera filed a petition for writ of mandamus and an emergency motion for temporary relief.  The court has considered the petition for writ of mandamus and is of the opinion that Relators are not entitled to the relief sought.  Accordingly, the petition for writ of mandamus and the emergency motion for temporary relief are DENIED.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2011-PA-01021, styled *In the Interest of J.A.O., et al., children*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding.  However, the order complained of was signed by the Honorable Richard Garcia, associate judge of the Children's Court, Bexar County, Texas, and was subsequently adopted by the Honorable Richard Price, presiding judge of the 285th Judicial District Court, Bexar County, Texas.